UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-CV-60755-ALTONAGA/O'SULLIVAN

FILED by __PG__ D.C.

JUN 0 1 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

JEREMY WIGLEY
and other similarly-situated individuals,

        Plaintiff,

v.

LAWN WIZARD USA, INC.,
A Florida Profit Corporation
and JOHN LONGO, individually.

        Defendants.

_____/

# MOTION TO TAKE JUDICIAL NOTICE

Defendants LAWN WIZARD USA, INC., and JOHN LONGO, individually request
review of the Motion To Take Judicial Notice:

1. On May 5, 2015 , Plaintiff came to our office and stated "I don't want any law suit
give me $ 650.00 to settle".

2. Plaintiff was advised on May 5, 2015 to contact his attorney and advise them to
send us the documentation required for settlement of $ 650.00.

3. On May 11, 2015 Plaintiff's attorney sent settlement documents for $ 8,500.00.
(attached)

4. Defendant sent a response explaining what was agreed upon with the Plaintiff on
May 5, 2015. There was no response from Plaintiff's attorney.  (attached)

5. On May 18, 2015 , Plaintiff contacted our office by phone and advised us that he
is still willing to take $ 650.00. Plaintiff stated " these are my sisters people
(attorney's) and they and my sister told me not to settle for $ 650.00. I don't want
any law suit."

6. On May 11, 2015  Plaintiffs attorney sent the following email Attached herein,
please find our proposed Joint Scheduling Report and proposed Order of same.
Pursuant to this Court's Order (docket entry #9) and local rule for the Southern

District of Florida 16.1(b), we are required to file the attached document by May 15, 2015 and Plaintiff's Statement of Claim.  Attached)

7. On May 11, 2015 Defendant responded to Plaintiff's attorney.  (attached)

8. It took until  May 15,2015 at 4:20 pm before Plaintiffs attorney contacted us by phone followed by an email in reference to the Joint Scheduling Report. Plaintiff's attorney did not respond to Defendants request on May 11, 2015 in reference to Joint Scheduling Report. Plaintiff's attorney pursued the filing on Friday, May 15, 2015 at 4:20 pm.(also a holiday weekend) Plaintiff's attorney was advised by staff that John Longo had left for the day and was at therapy and could not be contacted. (attached)

9. On Tuesday, May 19, 2015 Defendant responded to Plaintiff's attorney sending two emails. (attached)

10. It took until  May 26, 2015 for Plaintiff's attorney to responded. (attached)

11. On Tuesday, May 26, 2015 Defendant responded to Plaintiff's attorney by email stating : " I have not received a response. I waited until now. I will not sign any document if I disagree. It wasn't until today that you sent the attached with the blanks filed as I requested on May 11, 2015." (attached)

Plaintiffs' attorney's only get paid if they win or accept a settlement. So plaintiffs' attorney's  have a financial interest.

Plaintiffs lawyers have not followed there clients request for settlement. Instead they have manipulated and persuaded the client on multiple occasions not to settle the case for the amount the client wants but rather for the amount the lawyer requires to recuperate there investment in the case.

Plaintiff's attorney has conducted themselves an unethical manor for financial gain; with total disregard for there client the Defendants and the Court. Plaintiff's attorney created unnecessary delays in the case attempting to make the Defendants appear as though they were not cooperative and were not following Court requirements. Therefore; causing the Court to rule unfavorably toward Defendants based on the Plaintiffs delay.

Attached email correspondences in support of the claims contained herein.

I certify under penalty of perjury under the laws of the state of Florida that the foregoing statement is true.

Signed in Broward County , State of Florida this 28th day of May 2015.

John Longo
4406 NE 6th Ave.
Oakland Park, Florida 33334
Tel : 866-928-3720
Fax: 954-946-4769
john@lawnwizardusa.com

## WIZARD SERVICES

| | |
|---|---|
| **From:** | Wizard Services [john@lawnwizardusa.com] |
| **Sent:** | Monday, May 11, 2015 12:47 PM |
| **To:** | 'Anaeli C. Petisco' |
| **Cc:** | 'Anthony M. Georges-Pierre'; 'Patrick Nitchman' |
| **Subject:** | RE: PRIVATE AND CONFIDENTIAL SETTLEMENT COMMUNICATION-Wigley v. Lawn Wizard USA, Inc., et. al.; 15-60755 |

Mr. Petisco

Mr. Wigley came here on May 5, 2015 and stated he wanted $ 650.00  (six hundred fifty dollars) to settle and that he didn't want to pursue this litigation. He was told that we accept his offer and to have his attorney prepare a settlement agreement for the agreed amount of $ 650.00.

Obviously, the amount of settlement agreed upon with your client on May 5, 2015 of $ 650.00 differs.

We have no interest in the settlement amount you proposed for $ 8,500.00.

Your claim is without merit. Your client knows that.

John Longo

**From:** Anaeli C. Petisco [mailto:apetisco@rgpattorneys.com]
**Sent:** Monday, May 11, 2015 12:32 PM
**To:** john@lawnwizardusa.com
**Cc:** Anthony M. Georges-Pierre; apetisco@rgpattorneys.com; Patrick Nitchman
**Subject:** PRIVATE AND CONFIDENTIAL SETTLEMENT COMMUNICATION-Wigley v. Lawn Wizard USA, Inc., et. al.; 15-60755

### INADMISSIBLE SETTLEMENT COMMUNICATION FOR PURPOSES OF SETTLEMENT ONLY

**The following confidential communication is intended only for settlement purposes and as an expression of willingness to consider a compromise only and may not be used for any other purposes.  The following communication is privileged within the meaning and intent of Fed. R. Evd. 408 and Florida Statute § 90.408 and other applicable law and may not be deemed as an admission against interest whether pursuant to Fed. R. Evd. 801(d)(2), Florida Statutes § 90.408, Fed. R. Bkrp. P. 9017, or as a waiver of any rights otherwise.**

Dear Mr. Longo:

With regard to the above referenced matter,  Plaintiff is prepared to amicably resolve this matter without the need for protracted litigation.  As such, Plaintiff will agree to resolve for full and final settlement of this matter, in exchange for the execution of both a limited FLSA Settlement Agreement as well as a General Release and Hold Harmless Agreement, including confidentiality, non-disparagement, and non-admission of liability provisions, etc.  *for the total sum of $8,500 all-inclusive.*  Upon acceptance of the settlement offer,  I will provide a breakdown of fees and settlement payments for the limited release and general release.

Any settlement proceeds are due and owing within ten (10) days of Plaintiff's execution of the agreement.

5/29/2015

The offer will remain open for Five (5) days. If you and your client require additional time to consider the offer, please contact me and I will try to accommodate you.

**This is for the purpose of settlement. Any further use of this should be understood to be inadmissible for any purpose as set forth in Florida Evidence Code Rule 90.408 and/or Federal Rules of Evidence Rule 408.**

Thanking you in advance for your positive response to this matter.


Cordially,

# Anaeli C. Petisco

*Associate Attorney*

## REMER & GEORGES-PIERRE, PLLC

ATTORNEYS AT LAW
Court House Tower
44 West Flagler Street          Off 305-416-5000
Suite 2200                      Fax 305-416-5005
Miami, Florida 33130            apetisco@rgpattorneys.com
                                www.rgpattorneys.com


CONFIDENTIALITY NOTICE:

This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you.

IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer & Georges-Pierre, PLLC, does not render tax advice within the normal course of its practice.


5/29/2015

## WIZARD SERVICES

| | |
|---|---|
| **From:** | Anaeli C. Petisco [apetisco@rgpattorneys.com] |
| **Sent:** | Monday, May 11, 2015 12:51 PM |
| **To:** | john@lawnwizardusa.com |
| **Cc:** | Anthony M. Georges-Pierre; apetisco@rgpattorneys.com; Patrick Nitchman |
| **Subject:** | Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Wigley v. Lawn Wizard USA, Inc., et. al.; 15-60755-CMA; JSR and Proposed Order.doc; Wigley v. Lawn Wizard USA, Inc., et. al.; CMECF D.E. 9 ORDER.pdf |

John:

Attached herein, please find our proposed Joint Scheduling Report and proposed Order of same. Pursuant to this Court's Order (docket entry #9) and local rule for the Southern District of Florida 16.1(b), we are required to file the attached document by May 15, 2015.

Please review the attached proposed Joint Scheduling Report and proposed Order and provide your changes (in "track changes"). Also, please note some dates are not filled in. Please provide dates of availability in those lines under the corresponding sections.

For your convenience, a copy of the Order is attached as well.

Cordially,

# Anaeli C. Petisco

*Associate Attorney*

# REMER & GEORGES-PIERRE, PLLC

ATTORNEYS AT LAW
Court House Tower
44 West Flagler Street
Suite 2200
Miami, Florida 33130

Off 305-416-5000
Fax 305-416-5005
apetisco@rgpattorneys.com
www.rgpattorneys.com

CONFIDENTIALITY NOTICE:
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you.

IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer & Georges-Pierre, PLLC, does not render tax advice within the normal course of its practice.

5/29/2015

**WIZARD SERVICES**

| | |
|---|---|
| **From:** | Anaeli C. Petisco [apetisco@rgpattorneys.com] |
| **Sent:** | Monday, May 11, 2015 6:26 PM |
| **To:** | john@lawnwizardusa.com |
| **Cc:** | Anthony M. Georges-Pierre; apetisco@rgpattorneys.com; Patrick Nitchman |
| **Subject:** | Wigley v. Lawn Wizard USA, Inc., et. al.; 15-60755; Plaintiff's Statement of Claim |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | Wigley v. Lawn Wizard USA, Inc.; 15-60755; Statement of Claim.pdf |

John:

Attached herein, Please find Plaintiff's Statement of Claim.

Cordially,

# Anaeli C. Petisco

*Associate Attorney*

## REMER & GEORGES-PIERRE, PLLC

ATTORNEYS AT LAW
Court House Tower
44 West Flagler Street        Off 305-416-5000
Suite 2200                    Fax 305-416-5005
Miami, Florida 33130          apetisco@rgpattorneys.com
                             www.rgpattorneys.com

CONFIDENTIALITY NOTICE:
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you.

IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer & Georges-Pierre, PLLC, does not render tax advice within the normal course of its practice.

5/29/2015

## WIZARD SERVICES

| | |
|---|---|
| **From:** | Wizard Services [john@lawnwizardusa.com] |
| **Sent:** | Wednesday, May 13, 2015 1:19 PM |
| **To:** | 'john@waterwizardusa.com' |
| **Subject:** | FW: Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | Wigley v. Lawn Wizard USA, Inc., et. al.; 15-60755-CMA; JSR and Proposed Order.doc; Wigley v. Lawn Wizard USA, Inc., et. al.; CMECF D.E. 9 ORDER.pdf |

---

**From:** Wizard Services [mailto:john@lawnwizardusa.com]
**Sent:** Monday, May 11, 2015 3:57 PM
**To:** 'Anaeli C. Petisco'
**Subject:** FW: Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order

Anaeli

Go ahead and fill in the dates and times and then I will review.

By no means do I profess to be an attorney.

Sincerely

John Longo

---

**From:** Anaeli C. Petisco [mailto:apetisco@rgpattorneys.com]
**Sent:** Monday, May 11, 2015 12:51 PM
**To:** john@lawnwizardusa.com
**Cc:** Anthony M. Georges-Pierre; apetisco@rgpattorneys.com; Patrick Nitchman
**Subject:** Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order

John:

Attached herein, please find our proposed Joint Scheduling Report and proposed Order of same. Pursuant to this Court's Order (docket entry #9) and local rule for the Southern District of Florida 16.1(b), we are required to file the attached document by May 15, 2015.

Please review the attached proposed Joint Scheduling Report and proposed Order and provide your changes (in "track changes"). Also, please note some dates are not filled in. Please provide dates of availability in those lines under the corresponding sections.

For your convenience, a copy of the Order is attached as well.

Cordially,

# Anaeli C. Petisco

*Associate Attorney*

5/29/2015

# REMER & GEORGES-PIERRE, PLLC

**ATTORNEYS AT LAW**
Court House Tower
44 West Flagler Street          Off 305-416-5000
Suite 2200                      Fax 305-416-5005
Miami, Florida 33130            apetisco@rgpattorneys.com
                                www.rgpattorneys.com

CONFIDENTIALITY NOTICE:

This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you.

IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer & Georges-Pierre, PLLC, does not render tax advice within the normal course of its practice.

5/29/2015

## WIZARD SERVICES

| | |
|---|---|
| **From:** | WIZARD SERVICES [services@waterwizardusa.com] |
| **Sent:** | Monday, May 18, 2015 1:29 PM |
| **To:** | 'Anaeli Petisco'; 'john@lawnwizardusa.com' |
| **Cc:** | 'Anthony M. Georges-Pierre'; 'apetisco@rgpattorneys.com'; 'pn@rgpattorneys.com' |
| **Subject:** | RE: Wigley v. Lawn Wizard USA, et. al.; 15-60755-CMA; Joint Scheduling Report |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Anaeli

Mr. Longo has a terminal illness.

I will speak to him about your message.

He wants you to know that Wiggley was employed by Tropical Growers and was paid by Tropical Growers. Also, Tropical Growers account was closed mutually by the bank and Tropical Growers for fraudulent activity. Hundreds of checks were stolen from the company. Anyone who held valid checks that were issued by Tropical was notified to return there un processed checks for replacements in another account or they were cashed by Tropical.

Mr. Wiggley was notified.




-----Original Message-----
From: Anaeli Petisco [mailto:anaelic.petisco@icloud.com]
Sent: Friday, May 15, 2015 4:20 PM
To: services@waterwizardusa.com; john@lawnwizardusa.com
Cc: Anthony M. Georges-Pierre; apetisco@rgpattorneys.com; pn@rgpattorneys.com
Subject: Wigley v. Lawn Wizard USA, et. al.; 15-60755-CMA; Joint Scheduling Report

Cheri:

Thank you for taking my call.

As discussed, Mr. Longo received our proposed Joint Scheduling Report and proposed Order of same on May 11, 2015 via email. Mr. Kongo confirmed receipt of same via email on May 11, 2015 at 3:57p.m.

The revised Joint Scheduling Report and proposed Order of same has been faxed to your office (identification number: 954-946-4769). As discussed, the revisions are the addition of the dates pursuant to an expedited case management track under local rule 16.1 (A)(2)(b), for the Southern District of Florida.

As discussed, because this is a "Joint Scheduling Report," Mr. Longo would have to look at the Report and proposed Order of same once again, and if the proposed dates are acceptable, sign page (5). It is our understanding that Mr. Longo does not feel well. The only way we would be able to execute the documents electronically on his behalf is by written authorization confirming the use of Mr. Longo's signature by Mr. Longo.

Please confirm receipt of the re-sent Joint Scheduling Report and Proposed Order with the dates. Thank you.

1

## WIZARD SERVICES

| | |
|---|---|
| **From:** | Wizard Services [john@lawnwizardusa.com] |
| **Sent:** | Tuesday, May 19, 2015 1:28 PM |
| **To:** | 'apetisco@rgpattorneys.com' |
| **Subject:** | FW: Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | Wigley v. Lawn Wizard USA, Inc., et. al.; 15-60755-CMA; JSR and Proposed Order.doc; Wigley v. Lawn Wizard USA, Inc., et. al.; CMECF D.E. 9 ORDER.pdf; FW: Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order; Re: Wigley v. Lawn Wizard USA, et. al.; 15-60755-CMA; Joint Scheduling Report; 7.1(a)(3) Conferral |

Anaeli

We don't agree with your proposed order.

For one we want Judge O'Sullivan.

Attached is an email I sent you on May 11, 2015 @ 3:57 pm where I requested you fill in the dates and times. You never responded.

You didn't respond until May 18, 2015 (attached) requesting I sign Page 5 .

My request on May 11, 2015 was made before the May 15, 2015 deadline.

Kindly, respond to my email (attached) dated May 11, 2015 @ 3:57 pm

John Longo

---

**From:** Anaeli C. Petisco [mailto:apetisco@rgpattorneys.com]
**Sent:** Monday, May 11, 2015 12:51 PM
**To:** john@lawnwizardusa.com
**Cc:** Anthony M. Georges-Pierre; apetisco@rgpattorneys.com; Patrick Nitchman
**Subject:** Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order

John:

Attached herein, please find our proposed Joint Scheduling Report and proposed Order of same. Pursuant to this Court's Order (docket entry #9) and local rule for the Southern District of Florida 16.1(b), we are required to file the attached document by May 15, 2015.

Please review the attached proposed Joint Scheduling Report and proposed Order and provide your changes (in "track changes"). Also, please note some dates are not filled in. Please provide dates of availability in those lines under the corresponding sections.

For your convenience, a copy of the Order is attached as well.

Cordially,

# Anaeli C. Petisco

*Associate Attorney*

5/29/2015

# REMER & GEORGES-PIERRE, PLLC

**ATTORNEYS AT LAW**
Court House Tower
44 West Flagler Street          Off 305-416-5000
Suite 2200                      Fax 305-416-5005
Miami, Florida 33130            apetisco@rgpattorneys.com
                                www.rgpattorneys.com

CONFIDENTIALITY NOTICE:

This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you.

IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer & Georges-Pierre, PLLC, does not render tax advice within the normal course of its practice.

5/29/2015

## WIZARD SERVICES

| | |
|---|---|
| **From:** | WIZARD SERVICES [services@waterwizardusa.com] |
| **Sent:** | Tuesday, May 19, 2015 2:43 PM |
| **To:** | 'Anaeli Petisco' |
| **Subject:** | RE: Wigley v. Lawn Wizard USA, et. al.; 15-60755-CMA; Joint Scheduling Report |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Anaeli

In reference to the email below; regarding the theft of checks.

In the interest of justice kindly, produce any checks Mr. Wiggley has in his possession. These checks could very well be included in the fraud from the stolen checks.

Mr. Wiggley phoned our office again on May 18, 2015 @ 3:50 pm and spoke about the settlement for $ 650.00. He also advised us that his sister is affiliated with your firm and that both you and her pumped him up into believing he should get $ 8,000.00. He also stated again that he wanted $650.00 but you won't let him settle for that amount.

-----Original Message-----
From: WIZARD SERVICES [mailto:services@waterwizardusa.com]
Sent: Monday, May 18, 2015 1:29 PM
To: 'Anaeli Petisco'; 'john@lawnwizardusa.com'
Cc: 'Anthony M. Georges-Pierre'; 'apetisco@rgpattorneys.com'; 'pn@rgpattorneys.com'
Subject: RE: Wigley v. Lawn Wizard USA, et. al.; 15-60755-CMA; Joint Scheduling Report

Anaeli

Mr. Longo has a terminal illness.

I will speak to him about your message.

He wants you to know that Wiggley was employed by Tropical Growers and was paid by Tropical Growers. Also, Tropical Growers account was closed mutually by the bank and Tropical Growers for fraudulent activity. Hundreds of checks were stolen from the company. Anyone who held valid checks that were issued by Tropical was notified to return there un processed checks for replacements in another account or they were cashed by Tropical.

Mr. Wiggley was notified.

-----Original Message-----
From: Anaeli Petisco [mailto:anaelic.petisco@icloud.com]
Sent: Friday, May 15, 2015 4:20 PM
To: services@waterwizardusa.com; john@lawnwizardusa.com
Cc: Anthony M. Georges-Pierre; apetisco@rgpattorneys.com; pn@rgpattorneys.com
Subject: Wigley v. Lawn Wizard USA, et. al.; 15-60755-CMA; Joint Scheduling Report

Cheri:

Thank you for taking my call.

As discussed, Mr. Longo received our proposed Joint Scheduling Report and proposed Order of same on May 11, 2015 via email. Mr. Kongo confirmed receipt of same via email on May

1

11, 2015 at 3:57p.m.

The revised Joint Scheduling Report and proposed Order of same has been faxed to your office (identification number: 954-946-4769). As discussed, the revisions are the addition of the dates pursuant to an expedited case management track under local rule 16.1 (A)(2)(b), for the Southern District of Florida.

As discussed, because this is a "Joint Scheduling Report," Mr. Longo would have to look at the Report and proposed Order of same once again, and if the proposed dates are acceptable, sign page (5). It is our understanding that Mr. Longo does not feel well. The only way we would be able to execute the documents electronically on his behalf is by written authorization confirming the use of Mr. Longo's signature by Mr. Longo.

Please confirm receipt of the re-sent Joint Scheduling Report and Proposed Order with the dates. Thank you.

## WIZARD SERVICES

| | |
|---|---|
| **From:** | Wizard Services [john@lawnwizardusa.com] |
| **Sent:** | Tuesday, May 26, 2015 3:13 PM |
| **To:** | 'Anaeli Petisco' |
| **Subject:** | FW: Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | Wigley v. Lawn Wizard USA, Inc., et. al.; 15-60755-CMA; JSR and Proposed Order.doc; Proposed Order-Wigley v. Lawn Wizard USA, Inc.; et. al.; 15-60755-CMA; JSR.docx |

Review the attached marked in yellow.

I will be out of the country the month of December 2015 thru January 25, 2016 as I am every year.

The dates specified in the attached should be changed.

---

**From:** Anaeli C. Petisco [mailto:apetisco@rgpattorneys.com]
**Sent:** Tuesday, May 26, 2015 9:11 AM
**To:** Wizard Services
**Cc:** Anthony M. Georges-Pierre; apetisco@rgpattorneys.com; Patrick Nitchman
**Subject:** RE: Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order

Mr. Longo—

We disagree with your communications position. The JSR and proposed Order were provided May 11, 2015 with detailed instructions, and again May 15, 2015 (via fax, email confirmation of fax, and phone call to Shari, with an option for electronic signature with your permission). It is our understanding that you are ill, and we recognize that. Nonetheless, we need to file our JSR and proposed Order today (re-attached for your convenience).

Also, we agree to Judge O'Sullivan for all discovery and non-dispositive matters only (that is the meaning of the current language in the JSR and proposed Order). Please find, again, the JSR and proposed Order of same. Please then sign and scan back so that we may file same. If we do not have your response by 5:00 p.m. today, we will have no option but to unilaterally file the JSR and proposed Order as we do not wish to run afoul of the Court's Order.

Cordially,

# Anaeli C. Petisco

*Associate Attorney*

## REMER & GEORGES-PIERRE, PLLC

ATTORNEYS AT LAW
Court House Tower
44 West Flagler Street      Off 305-416-5000
Suite 2200                  Fax 305-416-5005
Miami, Florida 33130        apetisco@rgpattorneys.com
                            www.rgpattorneys.com

CONFIDENTIALITY NOTICE:

This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.
Thank you.

IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer & Georges-Pierre, PLLC, does not render tax advice within the normal course of its practice.

**From:** Wizard Services [mailto:john@lawnwizardusa.com]
**Sent:** Tuesday, May 19, 2015 1:28 PM
**To:** apetisco@rgpattorneys.com
**Subject:** FW: Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order

Anaeli

We don't agree with your proposed order.

For one we want Judge O'Sullivan.

Attached is an email I sent you on May 11, 2015 @ 3:57 pm where I requested you fill in the dates and times. You never responded.

You didn't respond until May 18, 2015 (attached) requesting I sign Page 5 .

My request on May 11, 2015 was made before the May 15, 2015 deadline.

Kindly, respond to my email (attached) dated May 11, 2015 @ 3:57 pm

John Longo

---

**From:** Anaeli C. Petisco [mailto:apetisco@rgpattorneys.com]
**Sent:** Monday, May 11, 2015 12:51 PM
**To:** john@lawnwizardusa.com
**Cc:** Anthony M. Georges-Pierre; apetisco@rgpattorneys.com; Patrick Nitchman
**Subject:** Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order

John:

Attached herein, please find our proposed Joint Scheduling Report and proposed Order of same. Pursuant to this Court's Order (docket entry #9) and local rule for the Southern District of Florida 16.1(b), we are required to file the attached document by May 15, 2015.

Please review the attached proposed Joint Scheduling Report and proposed Order and provide your changes (in "track changes"). Also, please note some dates are not filled in. Please provide dates of availability in those lines under the corresponding sections.

For your convenience, a copy of the Order is attached as well.

Cordially,

5/29/2015

# Anaeli C. Petisco

*Associate Attorney*

## REMER & GEORGES-PIERRE, PLLC

ATTORNEYS AT LAW
Court House Tower
44 West Flagler Street          Off 305-416-5000
Suite 2200                      Fax 305-416-5005
Miami, Florida 33130            apetisco@rgpattorneys.com
                                www.rgpattorneys.com

CONFIDENTIALITY NOTICE:
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.
Thank you.

IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice.  The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer & Georges-Pierre, PLLC, does not render tax advice within the normal course of its practice.

5/29/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 15-cv-60755-CMA**

**JEREMY WIGLEY,**
**and other similarly-situated individuals,**

        **Plaintiff(s)**

**vs.**

**LAWN WIZARD USA, INC.**
**A Florida Profit Corporation, and**
**JOHN LONGO, individually.**

        **Defendants.**

_____/

**JOINT PROPOSED SCHEDULING ORDER**

THIS CAUSE having come before the Court on the Joint Scheduling Report filed by the parties pursuant to S.D. Fla. L.R. 16.1(B), and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

1.    This case shall be assigned to the expedited case management track pursuant to S.D. Fla. L.R. 16.1 (A)(2)(b).

2.    The parties do not they consent to trial and final disposition by Magistrate Judge O'Sullivan.

3.    The parties shall select a mediator certified under Local Rule 16.2.B, shall schedule a time, date and place for mediation, and shall jointly file a proposed order scheduling mediation in the form specified by Local Rule 16.2.H., by **Tuesday, July 14, 2015.**

1

4.      The parties shall file all motions to amend the pleadings or join parties by **Friday, June 12, 2015**.

5.      The parties shall exchange witness summaries and reports required by Local Rule 16.1.K. by **Tuesday, December 22, 2015**.

6.      The parties shall exchange rebuttal expert witness summaries and reports required by Local Rule 16.1.K. by **Wednesday, January 6, 2016.**

7.      All discovery, including expert discovery, shall be completed by **Wednesday, January 21, 2016.**

8.      The parties shall have completed mediation and have filed a mediation report by **Friday, January 16, 2016.**

9.      All pre-trial motions other than motions *in limine* shall be filed by **Wednesday, January 21, 2016.**

10.     The parties shall submit joint pre-trial stipulation, proposed jury instructions, or proposed findings of fact and conclusions of law, and motions *in limine*, by **Friday, November 13, 2015.**

11.     A pre-trial conference shall be held on **Thursday, December 17, 2015.**

12.     The trial of this case shall commence on **January 4, 2016.**

**DONE AND ORDERED** in Chambers in _____, Florida this ___th Day of May, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  Anthony M. Georges-Pierre, Esq.
      Anaeli C. Petisco, Esq.
      John Longo, *Pro Se* Defendant

## WIZARD SERVICES

| | |
|---|---|
| **From:** | Wizard Services [john@lawnwizardusa.com] |
| **Sent:** | Tuesday, May 26, 2015 5:57 PM |
| **To:** | 'Anaeli Petisco' |
| **Subject:** | FW: Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | Wigley v. Lawn Wizard USA, Inc., et. al.; 15-60755-CMA; JSR and Proposed Order.doc; Proposed Order-Wigley v. Lawn Wizard USA, Inc.; et. al.; 15-60755-CMA; JSR.docx |

I have not received a response. I waited until now.

I will not sign any document if I disagree.

It wasn't until today that you sent the attached with the blanks filed as I requested on May 11, 2015.

---

**From:** Wizard Services [mailto:john@lawnwizardusa.com]
**Sent:** Tuesday, May 26, 2015 3:13 PM
**To:** 'Anaeli Petisco'
**Subject:** FW: Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order

Review the attached marked in yellow.

I will be out of the country the month of December 2015 thru January 25, 2016 as I am every year.

The dates specified in the attached should be changed.

---

**From:** Anaeli C. Petisco [mailto:apetisco@rgpattorneys.com]
**Sent:** Tuesday, May 26, 2015 9:11 AM
**To:** Wizard Services
**Cc:** Anthony M. Georges-Pierre; apetisco@rgpattorneys.com; Patrick Nitchman
**Subject:** RE: Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order

Mr. Longo—

We disagree with your communications position. The JSR and proposed Order were provided May 11, 2015 with detailed instructions, and again May 15, 2015 (via fax, email confirmation of fax, and phone call to Shari, with an option for electronic signature with your permission). It is our understanding that you are ill, and we recognize that. Nonetheless, we need to file our JSR and proposed Order today (re-attached for your convenience).

Also, we agree to Judge O'Sullivan for all discovery and non-dispositive matters only (that is the meaning of the current language in the JSR and proposed Order). Please find, again, the JSR and proposed Order of same. Please then sign and scan back so that we may file same. If we do not have your response by 5:00 p.m. today, we will have no option but to unilaterally file the JSR and proposed Order as we do not wish to run afoul of the Court's Order.

Cordially,

# Anaeli C. Petisco

5/29/2015

*Associate Attorney*

# REMER & GEORGES-PIERRE, PLLC

**ATTORNEYS AT LAW**
Court House Tower
44 West Flagler Street          Off 305-416-5000
Suite 2200                      Fax 305-416-5005
Miami, Florida 33130            apetisco@rgpattorneys.com
                                www.rgpattorneys.com

CONFIDENTIALITY NOTICE:
This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you.

IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer & Georges-Pierre, PLLC, does not render tax advice within the normal course of its practice.

**From:** Wizard Services [mailto:john@lawnwizardusa.com]
**Sent:** Tuesday, May 19, 2015 1:28 PM
**To:** apetisco@rgpattorneys.com
**Subject:** FW: Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order

Anaeli

We don't agree with your proposed order.

For one we want Judge O'Sullivan.

Attached is an email I sent you on May 11, 2015 @ 3:57 pm where I requested you fill in the dates and times. You never responded.

You didn't respond until May 18, 2015 (attached) requesting I sign Page 5 .

My request on May 11, 2015 was made before the May 15, 2015 deadline.

Kindly, respond to my email (attached) dated May 11, 2015 @ 3:57 pm

John Longo


**From:** Anaeli C. Petisco [mailto:apetisco@rgpattorneys.com]
**Sent:** Monday, May 11, 2015 12:51 PM
**To:** john@lawnwizardusa.com
**Cc:** Anthony M. Georges-Pierre; apetisco@rgpattorneys.com; Patrick Nitchman
**Subject:** Wigley v. Lawn Services Wizard USA, Inc., et. al.; 15-60755-CMA; Joint Scheduling Report and Proposed Order

John:

Attached herein, please find our proposed Joint Scheduling Report and proposed Order of same. Pursuant to this Court's Order (docket entry #9) and local rule for the Southern District of Florida 16.1(b), we are required to file the attached document by May 15, 2015.

Please review the attached proposed Joint Scheduling Report and proposed Order and provide your changes (in "track changes"). Also, please note some dates are not filled in. Please provide dates of availability in those lines under the corresponding sections.

For your convenience, a copy of the Order is attached as well.

Cordially,

# Anaeli C. Petisco

*Associate Attorney*

## REMER & GEORGES-PIERRE, PLLC

ATTORNEYS AT LAW
Court House Tower
44 West Flagler Street          Off 305-416-5000
Suite 2200                      Fax 305-416-5005
Miami, Florida 33130            apetisco@rgpattorneys.com
                                www.rgpattorneys.com

CONFIDENTIALITY NOTICE:

This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system. Thank you.

IRS Circular 230 Disclosure: You have hereby informed and advised that to the extent this e-mail (including any attachments hereto) contains any United States federal tax advice, that such advice is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code. Moreover, no portion of this e-mail (including any attachments hereto) may be used in connection with the promotion, marketing or recommendation to any party or person of any transaction or matter addressed herein as my in any way pertain or relate to any United States federal tax advice. The foregoing disclosure is being made in order to comply with the requirements of IRS Circular 230, and is not made to suggest or imply that any tax advice is being rendered herein, insofar as Remer & Georges-Pierre, PLLC, does not render tax advice within the normal course of its practice.

5/29/2015

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7004 1350 0001 1923 7223

Lawn Wizard USA
4406 NE 6th Ave.
Oakland Park, FL 33334

Wilkie D. Fergusen Jr.
United States Courthouse
400 N. Miami Ave.
RM 8N09
Miami, Fl 33128-7726

USPS INSPECTED
By