UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60755-CIV-ALTONAGA/O'Sullivan

**JEREMY WIGLEY**,

    Plaintiff,
vs.

**LAWN WIZARD USA, INC.**, *et al.*,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Cindy Hannah., on Monday, August 31, 2015 at 2:00 PM at Jeanie Reporting 28 West Flagler Street Suite 610 Miami, Florida 33130. This date has been agreed to by the mediator and the parties and shall not be rescheduled without leave of Court. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of August, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record